**No. 10-9954. Thornton D. Savage, Petitioner v. Alex Bonavitacola, et al.**

564 U.S. 1007, 131 S. Ct. 2996, 180 L. Ed. 2d 826, 2011 U.S. LEXIS 4514.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 404 Fed. Appx. 568.